IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00631-WYD

In RE:

M. JULIA HOOK,
DAVID L. SMITH,

     Debtors,

DAVID L. SMITH,

     Plaintiff,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO,

     Defendant.
_____

### ORDER OF RECUSAL
_____

     This matter is before me on a review of the file.  The case involves an appeal of

the Bankruptcy Court's dismissal of an Adversary Proceeding filed by David S. Smith

for declaratory and injunctive relief against the United States District Court for the

District of Colorado.  The Adversary Proceeding relates to an order disbarring Smith

from the practice of law in the this District.

     Due to the fact that I was a member of the Disciplinary Committee that denied a

motion to vacate the disbarment order and denied reinstatement or readmission to

Smith, I believe it would be inappropriate for me to preside over this case.  Accordingly,

I find that I should recuse myself from the case.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:  June 20, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge