# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-00631-REB

In RE:

M. JULIE HOOK,
DAVID L. SMITH,

    Debtors,

DAVIS L. SMITH,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO,

    Defendant.

## ORDER OF DISQUALIFICATION

**Blackburn, J.**

    The matter is before me *sua sponte*. I am an active member of the United States District Court for the District of Colorado, which is named as the defendant in this civil action. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exist, warranting the *sua sponte* recusal and disqualification of the court as required by 28 U.S.C. § 455(a)[1] and Canon 3C(1) of the Code of Conduct for United States Judges, 175 F.R.D. 364, 368 (1998).

---

[1] The standard for impartiality under 28 U.S.C. § 455(a) is an objective one, requiring recusal only "if a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." **United States v. Cooley**, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

**THEREFORE, IT IS ORDERED** as follows:

1. That the undersigned district judge is disqualified from presiding or acting further in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCivR 40.1.

Dated January 17, 2008, at Denver Colorado.

                                              **BY THE COURT:**

                                              <u>**s/ Robert E. Blackburn**</u>
                                              **Robert E. Blackburn**
                                              **United States District Judge**