IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00631-MSK

In re:

M. JULIA HOOK,
DAVID L. SMITH,

    Debtors,

DAVIS L. SMITH,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO,

    Defendant.
_____

**ORDER OF RECUSAL**
_____

THIS MATTER is before the Court *sua sponte*. I am an active member of the United States District Court for the District of Colorado, which is named as the Defendant in this civil action. Accordingly, my impartiality might reasonably be questioned, and the appearance of impropriety may very well exists, warranting the *sua sponte* recusal pursuant to 28 U.S.C. § 455(a)[1] and Canon 3C(1) of the Code of conduct for United States Judges, 175 F.R.D. 364, 368 (1998).

**IT IS THEREFORE ORDERED** that:

---

[1] The standard for impartiality under 28 U.S.C. § 455(a) is an objective one, requiring recusal only "if a reasonable person, knowing all of the facts, would harbor doubts about the judge's impartiality." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted).

1. The undersigned district judge recuses hereafter in this case; and

2. That this case shall be reassigned as provided by D.C.COLO.LCivR 40.1.

DATED this 25th day of January, 2008.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge