# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Adrienne Whitlow
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 07-cv-631

Smith v. USDC Colorado

**RECEIVED JUN 2 6 2008 OFFICE OF U.S. DISTRICT JUDGE BRUCE S. JENKINS**

Approved By:_____

## APPEARANCE OF COUNSEL

A    David L. Smith, *pro se*
E    Amy L. Padden, AUSA

DATE: June 19, 2008, 9:30 AM - 10:58 AM

MATTER SET: Oral Argument    (1 hr/28 mins), Courtroom A702

---

DOCKET ENTRY:

    Argument & discussion heard. Crt rules:

    - Affirms, dismissal of adversary proceeding by the Colorado Bankrutpcy Court judge.
    - Denies, appellant's motion to stay 12 - year old disbarment order.
    - Denies, motion for reinstatement to USDC bar/dismissal of appeal as moot.

    Ms. Padden to prepare & submit order.